# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-2265-MSN-tmp |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $617,524.24 in USF/ BBVA Compass Bank Acct #6722548084/ Francisco Ley Tan | Summons, Complaint, Warrant, Order, Legal Notices |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Chen Qiyun    Prisoner ID: A0176078

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AV Tikal MZ1 LT 1-01 46 SM 42 Fracc Real Almena, Cancun, QR 77507

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christopher E. Cotten
800 Federal Office Building
Memphis, Tennessee 38103

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CATS ID #18-DEA-639252
Additional Address: William G. Truesdale Adult Detention Center
2001 Mill Road, Alexandria, VA 22314

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 901-544-4231
DATE: 5/8/19

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 
District of Origin No.: 76
District to Serve No.: 76
Signature of Authorized USMS Deputy or Clerk: [signature] LG
Date: 5/8/19

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): G. Gwatney

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):
Date: 7/8/19    Time: 12:58   ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 800 | | | 800 | | 800  $0.00 |

REMARKS: Fedex TFde 2m2 2587

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | | |
|---|---|---|
| United States of America<br><br>*Plaintiff(s)*<br>v.<br>$617,524.24 in U.S. Funds from BBVA Compass Bank Account #6722548084 in the name of Francisco Ley Tan<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-2265-MSN-tmp |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chen Qiyun   Prisoner ID: A0176078
AV Tikal MZ1 LT 1-01 46 SM 42 Fracc Real Almena, Cancun, QR 77507
William G. Truesdale Adult Detention Center
2001 Mill Road, Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher E. Cotten
167 N. Main Street, Suite 800
Memphis, Tennessee 38103
901-544-4231

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 15, 2019     s/ Judy Easley
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-2265-MSN-tmp

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: fedex 7756 2172 2587

My fees are $ _____ for travel and $ 8.00 for services, for a total of $ 8.00.

I declare under penalty of perjury that this information is true.

Date: 7/8/19

Server's signature

*Printed name and title*

U.S. Marshals Service
1072 Federal Bldg.
167 N. Main Street
Memphis, TN 38103

*Server's address*

Additional information regarding attempted service, etc:



July 15, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **775621722587**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Receptionist/Front Desk |
| **Signed for by:** | G.GWALTNEY | **Delivery location:** | 2001 MILL ROAD ALEXANDRIA, VA 22314 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jul 8, 2019 12:58 |
| **Special Handling:** | Deliver Weekday | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775621722587 | **Ship date:** | Jul 3, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Chen Qiyun #A01766078
William G Truesdale Adult Det. Ctr
2001 Mill Road
ALEXANDRIA, VA 22314 US

**Shipper:**
Letitia Grittman
United States Marshals Service
167 N Main St Room 1072
Memphis, TN 38103 US

**Reference**    18-DEA-639252 16cv2265

Thank you for choosing FedEx.